EL PUEBLO DE PUERTO RICO, peticionario, *v.* TRIBUNAL SUPERIOR, SALA DE SAN JUAN, HON. GERARDO CARREIRA MÁS, JUEZ, demandado.

*Número:* O-67-385      *Resuelto:* 8 de noviembre de 1967

*J. F. Rodríguez Rivera, Subprocurador General,* y *Elpidio Arcaya, Procurador General Auxiliar,* abogados del peticionario.

## RESOLUCIÓN

Un agente del Cuerpo de Inteligencia Criminal de la Policía de Puerto Rico radicó dos denuncias contra Elías Gerena Lopés Sánchez, imputándole la comisión de dos delitos de

hurto mayor. Un fiscal sometió las imputaciones a la consideración de un Juez de Distrito para la determinación de causa probable. Ofreció prueba testifical y documental. El Juez de Distrito determinó que no existía causa probable para acusar a Elías Gerena Lopés Sánchez de hurto mayor y en reconsideración ratificó su determinación.

Amparándose en las disposiciones de la Regla 24 (c) de las de Procedimiento Criminal, el fiscal sometió nuevamente el asunto a la consideración de un Juez Superior con la misma prueba considerada por el Juez de Distrito. Dicho Juez Superior determinó también que no existía causa probable.

Para revisar la determinación del Juez Superior el Pueblo de Puerto Rico ha instado ante este Tribunal un recurso de *certiorari*.

█ No procede la expedición del auto solicitado. En primer lugar, los magistrados del Tribunal de Primera Instancia actúan en su capacidad individual en el ejercicio de sus funciones y facultad para determinar la existencia de causa probable para acusar. Sus determinaciones al efecto no son decisiones de un tribunal. Véanse, entre otras, las Reglas 3, 5, 6, 22 y 23 de Procedimiento Criminal. El auto de *certiorari* se expide por un tribunal superior para revisar los procedimientos de otro tribunal inferior pero no para revisar las determinaciones de un magistrado sobre la existencia de causa probable en ausencia de ley que así lo autorice. Véase Art. 670 del Código de Enjuiciamiento Civil. (32 L.P.R.A. sec. 3491.)

En segundo término, para conceder el remedio solicitado no pueden aplicarse por analogía las disposiciones de la Regla 24 (c) de Procedimiento Criminal. Dispone dicha Regla:

"(c) Efectos de la determinación de no haber causa probable. Si, luego de la vista preliminar, el magistrado hiciere una determinación de que no existe causa probable, el fiscal no podrá presentar acusación alguna. En tal caso o cuando la determinación fuere la de que existe causa por un delito inferior al imputado,

el fiscal podrá someter el asunto de nuevo con la misma o con otra prueba a un magistrado *de categoría superior del Tribunal de Primera Instancia."* (Énfasis nuestro.)

Esa regla no autoriza la revisión mediante *certiorari* de la determinación de la inexistencia de causa probable hecha por un magistrado del Tribunal Superior, ni autoriza a someter el asunto de nuevo a un magistrado del Tribunal Supremo.[1] El Tribunal Supremo no forma parte del Tribunal de Primera Instancia. Éste se compone de la sección del Tribunal Superior y de la sección del Tribunal de Distrito. 4 L.P.R.A. sec. 61. Es obvio que conforme al lenguaje específico de la Regla 24, los fiscales no están autorizados a someter la determinación de causa probable a un magistrado del Tribunal Supremo, por no ser éstos magistrados del Tribunal de Primera Instancia, aun cuando consideramos que ése es el propósito que persigue la presente solicitud de *certiorari.*

Por las razones expuestas, a la anterior solicitud de *certiorari,* no ha lugar.

Lo acordó el Tribunal y firma el Señor Juez Presidente. El Juez Asociado Señor Belaval no intervino.

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Joaquín Berríos
*Secretario*

---

[1] En cuanto a la facultad del Tribunal Supremo para revisar las decisiones del Tribunal de Primera Instancia, véase 4 L.P.R.A. sec. 37.